THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Kashawn Felder, Appellant.
 
 
 

Appeal From Florence County
Judge Thomas A. Russo, Circuit Court Judge

Unpublished Opinion No. 2009-UP-310
 Submitted May 1, 2009  Filed June 11,
2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia; and Solicitor Edgar Lewis Clements, III, of Florence; for
 Respondent.
 
 
 

PER CURIAM:  Kashawn
 Felder appeals his guilty plea  and sentence for trafficking cocaine more than
 28 grams but less than 100 grams, arguing the plea court failed to advise him
 of the constitutional rights he would be waiving by pleading guilty.  After a thorough review of the record and counsels
 brief, pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.